IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZAESLIV H. OBAMA a/k/a SHANTA Y. CLAIBORNE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | Civil Action No. 3:19-CV-391-C-BN |

## ORDER

The Court has reviewed the Superseding Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed May 16, 2019. Plaintiff failed to timely file any objection.

It is therefore **ORDERED** that the Superseding Findings, Conclusions, and Recommendation is hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated in the thorough and well-reasoned Superseding Findings, Conclusions, and Recommendation, the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction.

SO ORDERED this _4th_ day of June, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE